SUTTON HAGUE LAW CORPORATION, P.C.
S. BRETT SUTTON, SB #143107
JARED HAGUE, SB #251517
JOSEPH V. MACIAS, SB #273168
6715 N. Palm Avenue, Suite 216
Fresno, California 93704
Telephone: (559) 325-0500
Facsimile: (559) 981-1217
E-mail: brett@suttonhague.com
E-mail: jared@suttonhague.com
E-mail: joseph@suttonhague.com

Attorneys for Plaintiff
ROBERT REYNOLDS

JACKSON LEWIS P.C.
JAMES T. JONES, SB #167967
JOHNNY A. COLÓN, SB #294447
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141
E-mail: jonesj@jacksonlewis.com
E-mail: johnny.colon@jacksonlewis.com

Attorneys for Defendants
AUDIOLOGY ASSOCIATES OF
LAS VEGAS, LLC and
HEARINGLIFE USA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ROBERT REYNOLDS, an individual, residing in California,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AUDIOLOGY ASSOCIATES OF LAS VEGAS, LLC, a Delaware limited liability company; HEARINGLIFE USA, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. 1:16-CV-00550-DAD-BAM<br><br>**STIPULATION TO MODIFY DEADLINE FOR INITIAL RULE 26 DISCLOSURES IN SCHEDULING CONFERENCE ORDER; ORDER** |

/ / /

/ / /

1

STIPULATION TO MODIFY DEADLINE FOR　　　　　　　　　　　　　　　　　*Reynolds v. Audiology Associates, et al.*
INITIAL RULE 26 DISCLOSURES; ORDER　　　　　　　　　　　　　　　　　Case No. 1:16-CV-00550-DAD-BAM

Plaintiff ROBERT REYNOLDS ("Plaintiff") and Defendants AUDIOLOGY ASSOCIATES OF LAS VEGAS, LLC and HEARINGLIFE USA, INC. (collectively, "Defendants") (collectively referred to as "the Parties"), by and through their counsel, provide the following:

**IT IS HEREBY STIPULATED AND AGREED** that the initial Rule 26 disclosures deadline of July 28, 2016 be continued to August 4, 2016. The proposed extension is proper under Federal Rule of Civil Procedure Rule 26(a)(1)(C), which allows the Parties to stipulate to a different time for making initial disclosures. Neither the parties nor the Court will be prejudiced by the short continuance. The parties hereby stipulate to an order containing the terms of this Stipulation, and respectfully request the Court to issue such an Order.

Dated: July 28, 2016            SUTTON HAGUE LAW CORPORATION, P.C.

By: _/s/ S. Brett Sutton (as authorized on 7/28/16)_
       S. Brett Sutton

Attorneys for Plaintiff
ROBERT REYNOLDS

Dated: July 28, 2016            JACKSON LEWIS P.C.

By: _/s/ Johnny A. Colón_
       Johnny A. Colón

Attorneys for Defendants
AUDIOLOGY ASSOCIATES OF LAS VEGAS, LLC and HEARINGLIFE USA, INC.

## **ORDER**

Based upon the foregoing stipulation of the Parties, and good cause appearing therefor, IT IS HEREBY ORDERED that the initial disclosure deadline of July 28, 2016 is continued to August 4, 2016.

IT IS SO ORDERED.

Dated:   **July 28, 2016**                    /s/ Barbara A. McAuliffe
                                                            UNITED STATES MAGISTRATE JUDGE